**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CHEROKEE GRAY EAGLE IP, LLC and
REBOUNDERZ FRANCHISE AND
DEVELOPMENT, INC.,

        Plaintiffs,

v.                        Case No: 6:18-cv-356-Orl-40TBS

CIRCUSTRIX, LLC, HANGAR15
FLORIDA, LLC, 2INFINITY FLORIDA,
LLC, FLYING PANDA FLORIDA, LLC
and FLYING PANDA PSL LLC,

        Defendants.
_____/

**AMENDED CASE MANAGEMENT AND SCHEDULING ORDER IN PATENT CASE**

> **PLEASE TAKE NOTE**
> All parties must thoroughly review the contents of this order, which shall govern all proceedings in this action, unless subsequently modified by written order for good cause shown.

Having considered the Joint Status Report Regarding *Inter Partes* Review (Doc. 67) prepared by the parties, the Court enters this Amended Case Management and Scheduling Order in Patent Case. The table below sets forth the applicable case management deadlines, hearing dates, and trial settings.

| EVENT | DEADLINE |
|---|---|
| **Disclosure of Intent to Rely on Advice of Counsel as a Defense** | FEBRUARY 3, 2020 |

Any party that will rely on advice of counsel as a defense must serve on the opposing

party disclosures of the following:

1. The party shall produce or make available for inspection and copying documents relating to the opinion(s) of counsel as to which the party agrees the attorney-client privilege has been waived.

2. The party shall serve on the opposing party a privilege log identifying any other documents relating to the opinion(s) of counsel, except those authored by counsel acting solely as trial counsel, which the party withholds on the grounds of attorney-client privilege or work product protection.

The Court *will not* permit any party that fails to make the above disclosures relating to an opinion of counsel to rely on that opinion of counsel at trial absent a stipulation of the parties.

| **Amending Infringement, Non-Infringement, and Invalidity Contentions** | FEBRUARY 3, 2020 |

Amendments to infringement, non-infringement, or invalidity contentions shall be made in accordance with Federal Rule of Civil Procedure 26(e) upon learning that the contention is incomplete or incorrect. Any amendment to a party's infringement contentions must be timely made but in no event later than thirty (30) days after the Court's claim construction ruling. Any amendment to a party's non-infringement or invalidity contentions must be timely made but in no event later than fifty (50) days after the Court's claim construction ruling.

| **Fact Discovery Deadline** | MARCH 2, 2020 |

Discovery shall begin immediately on all discoverable issues and shall not be limited to claim interpretation. Discovery shall include any relevant opinions of counsel if Defendant

intends to rely upon an opinion of counsel as a defense to a claim of willful infringement.

| | |
|---|---|
| **Disclosure of Expert Reports on Issues Where the Party Bears the Burden of Proof** | APRIL 3, 2020 |

On an issue where a party bears the burden of proof, that party shall serve expert reports as required by Rule 26(a)(2). Additionally, the parties will provide three (3) dates available for depositions of experts.

| | |
|---|---|
| **Disclosure of Rebuttal Expert Reports** | MAY 1, 2020 |

The parties shall serve rebuttal expert reports as required by Rule 26(a)(2).

| | |
|---|---|
| **Expert Discovery Deadline** | MAY 29, 2020 |
| **Parties' Deadline for Filing Dispositive and *Daubert* Motions** | JULY 24, 2020 |
| ***Parties' Deadline to Meet and Confer <u>In Person</u> to Prepare Joint Final Pretrial Statement.*** Parties shall disclose to each other, in writing, whether any trial witness will be appearing live at trial, or via deposition designation. Parties shall be bound by their disclosures, which shall be incorporated into the Court's Final Pretrial Order. | AUGUST 7, 2020 |
| ***Parties' Deadline for Filing a Joint Final Pretrial Statement***, (including a single set of jointly-proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists with Objections on Approved Form, and Deposition Designations). Also send Jointly-Proposed Jury Instructions and Verdict Form to Chamber's email [chambers_flmd_Byron@flmd.uscourts.gov] in Microsoft Word® format and send all full deposition transcripts the parties intend to designate for use at trial to the Court on a CD or thumb drive. | AUGUST 21, 2020 |
| **All Other Motions Including Motions *In Limine* and Objections to Deposition Designations and Counter-Designations on approved form.** (MULTIPLE MOTIONS IN LIMINE DISFAVORED. ALL REQUESTS TO LIMIT EVIDENCE MUST BE INCLUDED IN A SINGLE MOTION NOT TO EXCEED 25 PAGES WITHOUT PRIOR LEAVE OF COURT. RESPONSES LIMITED TO 20 PAGES WITHOUT PRIOR LEAVE OF COURT.) | SEPTEMBER 4, 2020 |

| | |
|---|---|
| **Objections to Counter-Designations** | SEPTEMBER 11, 2020 |
| **Final Pretrial Conference** | Date: SEPTEMBER 22, 2020<br>Time: 3:00 PM<br>Judge: Paul G. Byron |
| **Trial Term Begins** | OCTOBER 5, 2020<br>9:00 a.m. |
| **Estimated Length of Trial** | 10+ days |
| **Jury / Non-Jury** | Jury |

All other provisions of the Case Management and Scheduling Order (Doc. 33) continue to apply.

**DONE AND ORDERED** in Orlando, Florida on July 2, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Attachments:

Exhibit List Form [mandatory form]
Magistrate Judge Consent / Entire Case
Magistrate Judge Consent / Specified Motions
Objections to Deposition Designations

# EXHIBIT LIST

____ Government     ____ Plaintiff     ____ Defendant     ____ Court

**Case No.** _____

**Style:** _____

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

---

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objections. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's stamp.

AO 85 (Rev. 01/09)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| CHEROKEE GRAY EAGLE IP, LLC, et al. | ) | |
|---|---|---|
| *Plaintiffs* | ) | |
| v. | ) | Civil Action No.    6:18-cv-356-Orl-40TBS |
| CIRCUSTRIX, LLC, et al. | ) | |
| *Defendants* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*   The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.

AO 85A  (Rev. 01/09) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| CHEROKEE GRAY EAGLE IP, LLC, et al.<br>*Plaintiffs*<br>v.<br>CIRCUSTRIX, LLC, et al.<br>*Defendants* | )<br>)<br>)  Civil Action No.  6:18-cv-356-Orl-40TBS<br>)<br>) |

**NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.*  The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title)*.

**Motions:** _____

_____

_____

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.

## Objections to Deposition Designations

[Name and Date of Deposition 1]

| Begin Page/Line | End Page/Line | Objection |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

[Name and Date of Deposition 2]

| Begin Page/Line | End Page/Line | Objection |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

## Counter-Designations

[Name and Date of Deposition]

| Begin Page/Line | End Page/Line |
|---|---|
| | |
| | |
| | |
| | |